Michael K. Friedland (State Bar No. 157,217)
mfriedland@kmob.com
Ali S. Razai (State Bar No. 246,922)
ali.razai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
RETAIL INKJET SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL INKJET SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TONERHEAD, INC., an Illinois corporation,<br><br>Defendant. | Case No. 10cv1784 JAH (JMA)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>Date: March 21, 2011<br>Time: 2:30 PM<br>Courtroom 11, 2nd Floor<br>Honorable John A. Houston |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 21, 2011 at 2:30 PM, Plaintiff Retail Inkjet Solutions ("RIS"), will appear in the above referenced Court, located at 940 Front Street, Courtroom 11, 2nd Floor, San Diego, CA  92101, and will, and hereby does, move the Court for Leave to Amend the Complaint.

## MOTION

Plaintiff Retail Inkjet Solutions ("RIS") hereby moves the Court for Leave to Amend the Complaint.  This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities with supporting exhibits, filed concurrently herewith, as well as such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 24, 2011    By: s/Ali S. Razai
                               Michael Friedland
                               Ali S. Razai

Attorneys for Plaintiff
RETAIL INKJET SOLUTIONS, INC.

**PROOF OF SERVICE**

I hereby certify that on January 24, 2011, I caused the **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THE COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Daniel G. Lamb, Jr.
daniel.lamb@pillsburylaw.com
Brian D. Martin
brian.martin@pillsburylaw.com
Nathaniel R. Smith
nathaniel.smith@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN, LLP
501 W. Broadway, Suite 1100
San Diego CA  92101
T:  619-234-5000
F:  619-236-1995


Keith V. Rockey
krockey@rdlklaw.com
Kathleen A. Lyons
klyons@rdlklaw.com
Matthew L. DePreter
cdepreter@rdlklaw.com
ROCKEY, DEPKE, & LYONS, LLC
233 South Wacker Drive, Suite 5450
Chicago IL  60606
T:  312-277-2006
F:  312-411-0570

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on January 24, 2011, at San Diego, California.

_____
Megan Ptacin

10343329
012111